IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:03-CR-75-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER**<br>)<br>) |
| TONY ANTHONY BELL, | )<br>) |
| Defendant. | ) |

This matter is before the court on defendant's letter to the court requesting early termination of his probation, filed March 13, 2018 [DE #111]. Finding an insufficient basis for early termination of probation defendant's request is hereby DENIED.

This 31st day of May 2018.

                                     MALCOLM J. HOWARD
                                     Senior United States District Judge

At Greenville, NC
#26